NO. 12-02-00368-CR


NO. 12-02-00369-CR


NO. 12-02-00370-CR


NO. 12-02-00371-CR


NO. 12-02-00372-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




PATRICK RANDALL POSTON,
§
 APPEAL FROM THE THIRD

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 ANDERSON COUNTY, TEXAS







MEMORANDUM OPINION


PER CURIAM


 This appeal is being dismissed for want of jurisdiction. Appellant was convicted of various
offenses, and punishment was imposed in open court on September 9, 2002. Thereafter, Appellant
timely filed a motion for new trial. Consequently, Appellant's notice of appeal was due on
December 4, 2002. Tex. R. App. P. 26.2(a)(2). However, Appellant filed his notice of appeal on
December 6, 2002. After receiving notice that the record does not show the jurisdiction of this court,
Appellant filed a motion for leave to file late notice of appeal.

 Appellant's December 6, 2002 notice of appeal is untimely, which leaves us without
jurisdiction over the appeal. Furthermore, this court has no authority to allow the late filing of a
notice of appeal except as provided by Rule 26.3. See Slaton v. State, 981 S.W.2d 208, 210 (Tex.
Crim. App. 1998) (per curiam); Olivo v. State, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996); Boyd
v. State, 971 S.W.2d 603, 605-06 (Tex. App.- Dallas 1998, no pet.). Consequently, Appellant's
motion for leave to file late notice of appeal is overruled, and this appeal is dismissed for want of
jurisdiction. 


Opinion delivered January 15, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.






















(DO NOT PUBLISH)